November 14, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

HOUSTON MEDICAL TESTING SERVICES, INC., Appellant/Cross-Appellee

NO. 14-12-00506-CV
NO. 14-12-00524-CV                                    V.

RAND MINTZER, Appellee/Cross-Appellant
_____

These causes, appeals from the judgment in favor of appellant/cross-appellee, Houston Medical Testing Services, Inc., signed on March 1, 2012, were heard on the transcript of the record. We have inspected the record and hold that the trial court erred by denying the motion for judgment notwithstanding the verdict of appellee/cross-appellant, Rand Mintzer. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellant/cross-appellee, Houston Medical Testing Services, Inc., take nothing.

We further order that all costs incurred by reason of this appeal be paid by appellant/cross-appellee, Houston Medical Testing Services, Inc.

We further order this decision certified below for observance.